UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Josephine B. Donahue**
              Plaintiff(s)

v.                                                      CIVIL ACTION NO. **17-10635-DJC**

**Federal National Mortgage Association
and Ocwen Loan Servicing, LLC**
              Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. In accordance with the Memorandum and Order dated May 20, 2019, D. 57;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Ocwen Loan Servicing, LLC.

Robert M. Farrell, Clerk

Dated: 5/20/19                          /s/ Matthew M. McKillop
                                                       ( By ) Deputy Clerk